```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                 CIVIL NO. 20-2054 (DSD/BRT)
```

Brian A. Butler,

       Plaintiff,

v.                                                    **ORDER**

State of Minnesota and Ramsey County,

       Defendant.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Judge Becky R. Thorson dated November 30, 2020. Plaintiff has not filed objections to the R&R in the time period permitted.

Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 8] is adopted in its entirety; and

2. The case is dismissed without prejudice for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 6, 2021

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court